

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/9/2015 11:17:44 AM
PAM ESTES
Clerk

FILED IN
CHIEF STAFF ATTORNEY
MARGARET HUSSEY

SEP -9 2015

CLERK, 241st JUD. DIST. COUR , SMITH CO. TX
BY _____

September 8, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00205-CR, 12-14-00206-CR,
12-14-00207-CR

Trial Court Case Number: 241-0127-14, 241-0126-14, 241-0128-14

**Style:** Charles Edward Lusk
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

CC: Mr. Michael J. West (DELIVERED VIA E-MAIL)
Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)

Mandate executed on **30th** day of **April**_____, 2015.

Brief explanation of action taken: *Scanned & filed*

*Terry Morrow*_____ District/County Clerk